IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LIVE LIFE HEALTHY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:23-cv-00681-JHE |
| | ) |
| INSURANCE APPLICATIONS GROUP, INC. d/b/a ESSENTIAL STAFFCARE; J. MARSHALL DYE, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL

Plaintiff Live Life Healthy, LLC, pursuant to Rule 41(a)(1)(A)(i), files this notice of dismissal without prejudice. Defendants have not filed either an answer or a motion for summary judgment, so Plaintiff may dismiss without an order of the court and without stipulation signed by all parties.

Dated: July 14, 2023.

                                                 /s/  Christopher Driver
                                                 Sam David Knight  (ASB-1745-N62S)
                                                 Christopher B. Driver (ASB-9178-G39B)
                                                 sdknight@badhambuck.com
                                                 cdriver@badhambuck.com

                                               *Counsel for Plaintiff Live Life Healthy, LLC*

OF COUNSEL:
BADHAM & BUCK, LLC
2001 Park Place North, Ste. 500
Birmingham, Alabama 35203
Phone: (205) 521-0036
Facsimile: (205) 521-0037

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on the following via the CM/ECF E-filing System and/or electronic mail on the 14th day of July 2023.

    Richard J.R. Raleigh, Jr.
    Christopher L. Lockwood
    Womble Bond Dickinson (US) LLP
    200 West Side Square, Suite 950
    Huntsville, Alabama 35801
    (256) 863-8647
    richard.raleigh@wbd-us.com
    chris.lockwood@wbd-us.com

                                                   */s/ Christopher Driver*
                                                   OF COUNSEL